## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> TAHIRA M. WYATT | Case No. 25-12547 (DJB) <br><br> Chapter 7 |
| DERRICK N. BEY <br><br> Plaintiff, <br><br> v. <br><br> TAHIRA M. WYATT, <br><br> Defendants. | Adv. Pro. No. 25−00182 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2025, he caused a true and correct copy of the foregoing Summons and Complaint, via the Court's CM/ECF electronic filing system and/or U.S. first class mail upon the following:

| | |
|---|---|
| Tahira Wyatt <br> 1152 E. Sharpnack Street <br> Philadelphia, PA 19150 <br> *Debtor/Defendant* | |

/s/ Jeffrey Kurtzman
JEFFREY KURTZMAN, ESQUIRE