**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Tahira M. Wyatt,<br><br>*Debtor*. | Case No. 25-12547-djb<br>Chapter 7 |
| Derrick N. Bey,<br><br>*Plaintiff*,<br><br>v.<br><br>Tahira M. Wyatt,<br><br>*Defendant*. | Adversary No. 25-00182-djb |

**Order Dismissing Adversary Complaint**

**AND NOW**, upon consideration of the Motion to Dismiss Adversary Complaint filed by Defendant Tahira M. Wyatt, after notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Complaint is **DISMISSED** with prejudice.

Date:

　　　　　　　　　　　　　　　　　　　　　Derek J. Baker
　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge