## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Tahira M. Wyatt,<br><br>*Debtor.* | Case No. 25-12547-djb<br>Chapter 7 |
| Derrick N. Bey,<br><br>*Plaintiff,*<br><br>v.<br><br>Tahira M. Wyatt,<br><br>*Defendant.* | Adversary No. 25-00182-djb |

### Notice of Defendant's Motion to Dismiss Adversary Complaint
### and Response Deadline

Defendant Tahira M. Wyatt has filed a Motion to Dismiss Adversary Complaint with the court for failure to state a claim upon which relief may be granted.

1. **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **September 5, 2025, you or your attorney must file a response to the Motion**. *(see Instructions on next page)*

3. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then you or your attorney file a response. *(see instructions on next page)*

4. **If you do not file a response to the Motion**, the court may enter an order granting the relief requested in the Motion.

5. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

1. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-2**, you must file your response electronically.

2. **If you are not required to file electronically**, you must file your response at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

3. **If you mail your response** to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

        Michael I. Assad
        Sadek Law Offices, LLC
        1500 JFK Boulevard, Suite 220
        Philadelphia, PA 19102
        215-545-0008
        michael@sadeklaw.com

Date: August 15, 2025