# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> TAHIRA M. WYATT, <br><br> Debtor. | Case No. 25-12547 (DJB) <br><br> Chapter 7 |
| DERRICK N. BEY, <br><br> Plaintiff, <br><br> v. <br><br> TAHIRA M. WYATT, <br><br> Defendant. | Adv. Pro. No. 25-00182 (DJB) |

### ORDER DENYING MOTION TO DISMISS COMPLAINT

AND NOW, this _____ day of _____, 2025, upon consideration of the motion (the "Motion") of Tahira M. Wyatt, Defendant dismissing the complaint, and the objection filed by the Plaintiff in response thereto, and after notice and an opportunity for hearing, and good cause appearing, it is hereby

ORDERED, that the Motion be and hereby is denied.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DEREK J. BAKER,
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

Copies to:

Jeffrey Kurtzman, Esquire
Kurtzman | Steady LLC
101 N. Washington Avenue, Suite 4A
Margate, NJ 08402

Michael I. Assad, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard Suite 220
Philadelphia, PA 19102